UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                             Chapter 13

JEROME YEISER AND                          Case No. 08-B-23402
AVIS PRIVOTT YEISER,

                                        Debtors,
------------------------------------------------------x

                         TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW
  YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

       CLAIMANT(s)' NAME &
       LAST KNOWN ADDRESS                              AMOUNT OF DIVIDEND

       GRP Financial Services                                     $36.55
       445 Hamilton Avenue, 8th Floor
       White Plains, New York 10601

   Trustee's check to your order in the sum of $36.55 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
           September 16, 2011

                                                     Respectfully submitted,
                                                     */s/ Jeffrey L. Sapir*
                                                     JEFFREY L. SAPIR